COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name  *HANEY*            *BRUCE* E-filing        *P*
         (Last)              (First)              (Initial)

Prisoner Number  *T-95973*

Institutional Address  *CALIFORNIA STATE PRISON - CORCORAN*

*4001 KING AVENUE, P.O. BOX 8800, CORCORAN, CALIFORNIA 93212*

FILED
OCT 16 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

============================================================

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*BRUCE PATRICK HANEY # T-95973*    CV 09 No. _____ 4938

(Enter the full name of the          (To be provided by the clerk
plaintiff in this action)            of court)

                                                    (PR)

          vs.

    *ROUCH (FNP)*                  COMPLAINT UNDER THE CIVIL
                                   RIGHTS ACT, 42 U.S.C § 1983
*DOCTOR J. MOON*

*C. SCHULL, HEALTH CARE MANAGER*   (X) DEMAND FOR JURY TRIAL
                                   (__) NO JURY TRIAL DEMAND
                                        (check one only)

(Enter the full name of the
defendant(s) in this action)

     All questions on this complaint form must be answered in order
for your action to proceed.

I.   Exhaustion of Administrative Remedies

     Note:  You must exhaust your administrative remedies before
     your claim can go forward.  The court will dismiss any
     unexhausted claims.

                              1

A.   Place of present confinement *California State Prison - Corcoran*

B.   Is there a grievance procedure in this institution?
YES (✗)      NO (   )

C.   Did you present the facts in your complaint for review
through the grievance procedure?   YES (✗)   NO (   )

D.   If your answer is YES, list the appeal number and the date
and result of the appeal at each level of review.  If you
did not pursue a certain level of appeal, explain why.

1.   Informal appeal _____

_____

2.   First formal level *COR-09-08-16979, COR-09-08-16780*

*Answered on November 3rd, 2008*

3.   Second formal level *COR-09-08-16979, COR-09-08-16780*

*Answered on December 4th, 2008*

4.   Third formal level *COR-09-08-16979, COR-09-08-16780*
*(see Exhibit-A) [on 9-30-09 received a notice that my appeal was being
screened out. Almost one year later. see Ex-A]*
*Both appeals were mailed to Sacramento, and were never returned*

E.   Is the last level to which you appealed the highest level of
appeal available to you?  YES (✗)  NO (   ) *submitted, But
Never received decision at Third level*

F.   If you did not present your claim for review through the
grievance procedure, explain why. *Plaintiff Request That The Department
of Corrections is Taking one year To respond To medical appeals (see
Exhibit-A). The Plaintiffs Health and safety is at risk right Now. The
Plaintiff has waited a year For a response To an appeal marked Emergency (see Ex-C)
And still has not received a response.*

II.   Parties

Write your name and your present address.  Do the same for
additional plaintiffs, if any.

A. *Bruce Patrick Haney⁴ T-95973, P.O. Box 3461, Corcoran, CA, 93212*

2

Write the full name of each defendant, his or her official position, and his or her place of employment.

B.  _Rouch (FNP)_

_Doctor, J. Moon_

C. _Schull, Health care Manager_

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On August 28th, 2009, I received a medical Chrono From (NP-C) Rouch, enforming me that she had changed my medical chrono, lifting a restriction from being housed on the second Tier. In early August I had a medical appointment with (NP) Rouch, concerning an injury to my left wrist, that arthritis has set in, and a medical brace was issued. Nurse Practitioner Rouch never examined my spinal injury, of which a lower bunk/lower Tier had just been renewed four (4), months earlier, by a medical doctor. (see Exhibit-B). NP-Rouche's actions were an act of retaliation for the plaintiff filing an inmate complaint against her on September 10th, 2008.

3

(see Exhibit-C). Her Actions Have Placed The Plaintiff's Health And Safety at risk. Her Failure To review The Plaintiff medical File was an Act of gross Negligence, That could cause The Plaintiff serious injury. (NP) Rouch Failed To Treat The Plaintiff For a Bleeding Hemorrhoid That was causing The Plaintiff a serious loss of Blood That could Have Been life Threatening. (NP) Rouch Has shown a deliberate indifference To The Plaintiffs Health And Safety, In violation of The Eighth Amendment of The United States Constitution. The Plaintiff Has Held a Lower Bunk/Lower Tier Chrono since His incarceration. He Has Been examined By Numerous medical Doctors over The years and His medical status Has Never Been called into Question. Now, at The request of a Nurse Practitioner That The Plaintiff Filed a complaint against, His medical Chrono is changed.

IV.   Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

(1) The Plaintiff seeks An Injunction on The medical Department at Corcoran State Prison, ordering That The Plaintiffs medical chrono Be Changed Back To, Lower Bunk/Lower Tier.

(2) The Plaintiff seeks Three (3) million dollars In Damages.

DATED: October 22nd, 2009        Bruce Patrick Haney
                                 (Plaintiff's signature)

4

1   On September 30th. 2008. The Plaintiff was called To The
2   3A medical clinic For An Interview concerning a medical
3   Appeal I Filed. I was Interviewed Medical Doctor. J. MOON.
4   DR. MOON Told me That He was denying My INMATE Appeal
5   ReQuesting a medical shower chrono. Though DR. MOON
6   WAS aware That The Plaintiff was Bleeding ProFusely
7   From The rectal Area due To A Hemorrhoid. He reFused
8   To Issue The Plaintiff a medical shower chrono. due To
9   The Plaintiffs custody status at The Time Being A2B. The
10  Plaintiff was only Allowed showers on MONDAY, wednesday,
11  and Friday. With No showers on saturday's and sundays,
12  or Holidays. DR. MOONS. Actions Have Placed The Plaintiffs
13  Health at risk. and Has Placed Him at risk of catching
14  a staph INFECTION By denying Him a medical shower For
15  each day.

16      On september 14th. 2009. I was called To The 3A.
17  medical clinic. To see DR. MOON. concerning a INMATE
18  Appeal That I Filed against NURSE PractioNER. Rouch For
19  Changing My medical Chrono. As a means of RETaliation
20  For Filing a complaint against Her. (which was Appealed
21  To The Third level. But never returned)(see Exhibit-A.). Though
22  DR. MOON Has Been Examinning me For over a year. And
23  Has never Questioned my spinal INJURY. Had stated That
24  He Believed That I didN't need a lower Tier Chrono.

25     DR. MOONS ACTION WAS AN ACT of retaliation For The
26  Plaintiff Filing a complaint against Him For PerForming
27  a colin Test. AFTer The Plaintiff Had signed a reFusal
28  For That Test.

1  DR. MOON HAD APPROVED NURSE PRACTITIONER ROUGH CHANGE IN

2  PLAINTIFFS medical chrono. even Though ON MARCH 22Nd, 2009.

3  medical doctor. PAW. Just examined. and APProved The

4  PLAINTIFFS lower Bed /lower Tier. chrono. (Please see Exhibits-

5  B). The Petitioner HAS Held This medical status since HIS

6  INCARceration. and HAS Been Examined By Numerous DocTors

7  who Have all agreed That The PLAINTIFF does need To Be

8  Housed on The lower Tier. DR. MOON HAS shown A

9  deliberate IndiFFerence To The PLAINTIFFs serious medical

10  needs By removing The PLAINTIFFs restriction From The

11  upper Tier, Thereby PLACING His · HealTh aT risk IF He

12  is moved To A second Tier cell.

13    DR. moons ACTIONS were noThing more Than an AcT of

14  retaliation For The PLAINTIFF Filing A complaint against Him.

15  DR. moon HAS Examined The PLAINTIFF on Numerous occasions

16  and His medical condition HAS never come INTO Question.

17  But. on The reQuest of A Nurse PracTiTioner, Who The

18  PLAINTIFF HAS Filed A complaint against. DR. moon changes

19  The PLAINTIFFs medical chrono. Nurse PracTiTioner Rough

20  is noT even A doctor.   and unQualified To make A

21  RECOMMENDATION like This.

22    DR. MOON HAd refused To look aT any of The Passed

23  Doctors medical evaluations.   or any of The X-RAy Exams.

24

25

26

27

28

Health care Manager. C. Schull to perform Her duty as a Health care Provider. C. Schull reviewed The Plaintiffs Inmate appeal. And was aware That The Plaintiff was Bleeding Profusely from The rectal area. And approved The denial of The Plaintiffs reQuest for a shower chrono. so That He was able To clean Himself at least once aday To avoid any Kinds of Infectious disease

Health care Manager. C. Schull Has Failed To Performed Her duties as Health care Manager. C. Schull was aware That The Plaintiff was Bleeding Badly But Failed To approve a shower chrono. C. Schull Had shown a deliberate Indifference To The Plaintiffs serious medical needs. The Plaintiff does Have a constitutional right To refuse any medical Treatment. But this doesn't give The medical staff The right To deny The Plaintiff any medical care To Pervent Infectious disease, The Fact That medical staff was aware of The Plaintiff's medical condition and Failed To Take steps To Prevent any diseases From Occuring shows a deliberate Indifference To His serious medical needs.

--------------------------------------------------------------------

### VERIFICATION
### (optional)

I am the plaintiff in the above-entitled action.  I have read the
foregoing complaint and know the contents thereof.  The same is true
of my own knowledge, except as to those matters which are therein
alleged on information and belief, and as to those matters, I believe
it to be true.  I declare under penalty of perjury that the foregoing
is true and correct.


Dated:  *10-22-09*                  *Bruce Patrick Haney*
                              (Plaintiff's signature)


--------------------------------------------------------------------

### JURY TRIAL DEMAND
### (optional)

I demand a jury trial for all claims for which a jury trial is
allowed.

      YES ☒          NO ( )   (check one only)


Dated:  *10-22-09*                  *Bruce Patrick Haney*
                              (Plaintiff's signature)


(rev. 11/98)

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _BRUCE  PATRICK  HANEY  #T-95973_____, declare:

I am over 18 years of age and a party to this action.  I am a resident of _CALIFORNIA  STATE_

_PRISON - CORCORAN_____Prison,

in the county of _KINGS_____,

State of California.  My prison address is: _P.O. BOX 3461, CORCORAN, CALIFORNIA,_

_93212_____

On_ _OCTOBER 22ND, 2009_____,
                                  (DATE)

I served the attached: _1983  USC.  CIVIL  COMPLAINT_____

_____
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined.  The envelope was addressed as follows:

        I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _10-22-09_____          _Bruce  Patrick  Haney_____
              (DATE)                     (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                  -9-                ::ODMA\PCDOCS\WORDPERFECT\22832\1

# EXHIBIT A

J. Clark Kelso, Receiver

STATE OF CALIFORNIA
PRISON HEALTH CARE SERVICES



Date:   April 2, 2009

To:   Bruce Haney, T95973
      California State Prison – Corcoran
      P.O. Box 8800
      Corcoran, CA  93212-8309

From:   California Prison Health Care Services
        Office of Third Level Appeals – Health Care
        P.O. Box 4038
        Sacramento, California 95812-4038

Mr. Haney:

This is in response to your letter of inquiry received by the Office of Third Level Appeals – Health Care (OTLA-HC) on February 23, 2009.  You request the status of a Third Level of Review of your appeals; COR-09-08-16780 and COR-09-08-16979, which you state were forwarded to the OTLA-HC on October 21 and December 12, 2008, respectively.

Please be informed your appeals were received by the OTLA-HC on October 21 and December 15, 2009, and assigned to an examiner at that time.  Your appeals were due to be completed on January 20 and March 13, 2009, but because of a large backlog of cases and unforeseen delays, it currently remains assigned to an examiner.  A response is expected to be returned to you shortly.

I hope this information has been helpful to you.  If you should need additional information regarding your appeals, please contact the Health Care Appeals Coordinator at your institution.

Sincerely,

n Warren , HPM II (A) for

T. KIMURA-YIP, Associate Director
California Prison Health Care Services
Office of Third Level Appeals – Health Care

J. Clark Kelso, Receiver

STATE OF CALIFORNIA
PRISON HEALTH CARE SERVICES



May 8, 2009


Mr. Bruce Haney, T-95973
California State Prison, Corcoran
Corcoran, CA 93212-8309

Dear Mr. Haney:

This is in response to your correspondence dated March 12, 2009 to the Office of the Director, California Department of Corrections and Rehabilitation (CDCR) regarding a formal complaint regarding the appeals process while incarcerated at California State Prison, Corcoran (COR), CDCR. Your letter has been forwarded to the Controlled Correspondence Unit (CCU) for review and response.

Please be advised this division responds to correspondence regarding patient health care and treatment concerns. The CCU contacted the Office of Third Level Appeals and confirmed your health care appeals (OTLA Log Number IA-51-2000-11826 and IA-51-2008-13233) are currently under review.

The inmate appeal process described in the California Code of Regulations, Title 15, is an integral part of the administrative remedies available for inmates to resolve issues concerning any departmental decision, action, condition or policy that they can demonstrate has had an adverse effect upon their welfare. It is the Department's desire to resolve these issues at the local level if at all possible.

Your cooperation in this matter is appreciated.



Sincerely,


Y. AGUILA
Staff Services Manager I
Controlled Correspondence

cc:     Regional Administrator –Central
        Regional Medical Director – Central
        Health Care Manager –COR

February 20th, 2009

To whom it may concern.

On October 21st, 2008, and December 12th, 2008, I mailed to your office Two (2) inmate ~~Health care~~ Health care Appeals Forms for Third level Review, Appeals Log # COR-09-08-16780, which was stamped "Emergency" by the (HCM)(A), and Appeal Log # COR-09-08-16979. Both these Appeals concerned Health care issues.

I have not received any Third level response from your office concerning these Two Appeals, and my Health is getting worse. Infact, on January 14th, 2009, I had to be taken by Ambulance to Bakersfield memorial Hospital. where I spent Three (3) days, due to the doctor in Question cancelling Part of my medications.

Can you Please Return my Two (2) Appeals with a Third level Response.

Thank you.

Bruce P. Haney

Bruce Patrick Haney # T-95973
California State Prison-Corcoran
P.O. Box 3461, 3A02, Cell # 107-low
Corcoran, California, 93212-3461


RECEIVED
OTLA-HC
FEB 23 2009
HC APPEALS

STATE OF CALIFORNIA
PRISON HEALTH CARE SERVICES

J. Clark Kelso, Receiver



Date    :  September 27, 2009

To      :  BRUCE HANEY, T95973
           California State Prison, Corcoran
           P.O. Box 8800
           Corcoran, CA  93212-8309

RE: Tracking #: IA-51-2008-13233              Institution Log#:  COR-09-08-16979

The California Prison Health Care Services, Office of Third Level Appeals-Health Care (OTLA-HC), acts for the Director, Plata Field Support Division, at the third level of appeal.  The OTLA-HC examines and responds to inmate appeals that are submitted on an Inmate/Parolee Health Care Appeal Form CDCR 602-HC or CDC 602 after the institution has responded at the Second Level of Appeal.

Institution staff is available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses.  Additionally, your assigned Counselor, Appeals Coordinator and Health Care Appeals Coordinator can answer any questions you may have regarding the appeal system to address your grievance.

The OTLA-HC has received an appeal from you and has determined that it does not comply with the appeal procedures established in the California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

   This is a duplicate appeal.  Your original appeal is currently being reviewed by OTLA-HC, for which a decision is pending.

*W. Weess* For:

J. Walker, Chief
Office of Third Level Appeals-Health Care
California Prison Health Care Services

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE ***

Case 1:19-cv-00457-LJO-DLB Document 1 Filed 10/16/09 Page 15 of 21

## CSP - CORCORAN

CAR-08-08-16879

... was called to the ... Medical clinic for an ...

... Transfer to a medical ...

Date Submitted: October ... 2008

BYPASS

Date Returned to Inmate:

BYPASS



Placed me at risk of catching a staph infection. By denying a chrono for a day shower.

DR. MOON, Then told me that from what I've told him, that he Believes that I have an enlarged prostate. On 5-29-08, I was called to ACH ER, to take a colon test. (scope). I was never informed of any enlarged prostate, and I've had these same simtoms for two (2), or (3) three, years, and knowone has Brought this to my attention until after I've filed a complaint against medical. Furthermore, the colon, scope test, had to pass that very area. Now how was this missed.?

This is the very point that I made when I complained that I am not receiving adequate medical care. The medical staff are repeatedly sticking needles in me drawing Blood, and probing my rectal area, and has yet to treat me for any of my medical illnesses.

I have been shot in the Back, and I have spine damage. I told DR. MOON, that the pain has gotten very Bad, and that it Throbs constantly, and that I can not stand upright for days at a time. DR. MOON, did nothing. I was not prescribed any medication for the pain.

I am not receiving adequate medical care here at corcoran state prison. The medical staff is incompetent, and appears only to be here to collect a pay check. And I fill that my health is at risk, with doctors failing to inform me of medical problems that Im suffering from, and most importantly, the medical staffs failure to treat those illnesses, which has placed my life at risk.

RECEIVED
OTLA-HC
DEC 1 3 2008
HC APPEALS

2

# DEPARTMENT OF CORRECTIONS AND REHABILITATION
## CSP-CORCORAN

### _SECOND_ LEVEL OF REVIEW
### S U P P L E M E N T A L   P A G E

| | |
|---|---|
| **APPEAL LOG #:** | CSPC-9-08-16979 |
| **INMATE** | Haney |
| **CDCR#:** | T95973 |

**APPEAL DECISION:**     **Denied**

#### DESCRIPTION OF PROBLEM:

It is the inmate/patient's position that, "On 9-30-08 I was interviewed by M.D. Moon. He reviewed my medical file and then told me he was denying my inmate appeal. Though Dr. Moon was aware that I am bleeding profusely from the rectal area due to a hemorrhoid, he refused to issue me a shower chrono due to the fact that I'm on A2B status. I am only allowed showers on Monday, Wednesday, and Friday with no showers on Saturdays, Sundays or holidays. Dr. Moon has placed me at risk of catching a staph infection by denying a chrono for a daily shower. Dr. Moon told me that from what I've told him, he believes that I have an enlarged prostate. I was never informed of any enlarged prostate, and I've had the same symptoms for two or three years. I have been shot in the back and have spine damage. I told Dr. Moon that the pain has gotten very bad. I was not prescribed anything for the pain. I am not receiving adequate medical care here at Corcoran State Prison. The medical staff's failure to treat those illnesses has placed my life at risk."

#### ACTION REQUESTED:

The inmate/patient requests on appeal that, "I am requesting an immediate transfer to a medical facility."

#### APPEAL RESPONSE:

The inmate/patient was interviewed at the First Level of Review by J. Moon, M.D. on November 03, 2008.

The medical care of inmates is one of the highest concerns of this Department. The California Code of Regulations (CCR) Title 15, Section 3350(a) provision of Medical Care and Definitions states, "The Department shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care. In the absence of available outcome

RECEIVED
OTLA-HC
DEC 1   2008
HC APPEALS

CSP-CORCORAN APPEAL LOG #: CSPC-9-08-16979
**Second Level of Review**
Re: Haney T95973

data for a specific case, treatment will be based on judgment of the physician that the treatment is considered effective for the purpose intended and is supported by diagnostic information and consultations with appropriate specialists. Treatments for conditions which might be otherwise excluded may be allowed pursuant to CCR Title 15, Section 3350.1 (d)."

The inmate/patient's CSP-Corcoran medical documentation has been thoroughly reviewed. Documentation contained in the inmate/patient's Unit Health Record evidences a continuing course of medical care to treat the inmate/patient's health problems. There is not evidence to support the appellant's claim that he was treated by CSP-Corcoran medical staff with premeditation, apathy, or neglect. The information also reveals that the inmate/patient's condition can be treated at any institution within the California Department of Corrections and Rehabilitation. The inmate/patient does not meet the criteria for a transfer as a medical necessity.

Medical staff at this institution will do all possible to treat the appellant for his health concerns. However, this endeavor is difficult, if not impossible, without the complete cooperation of the inmate/patient. The appellant has been offered special services, including consults with the Surgery Department for a colonoscopy, various diagnostic services, and exams, but the inmate/patient has repeatedly refused these services. It is imperative that the inmate/patient report for these specialty appointments and cooperate so that his medical problems can be managed with the greatest prospects for success.

The inmate/patient has been provided with a thorough response. Therefore, based on the above, his appeal is being **denied** at the Second Level of Review.

If dissatisfied, the inmate/patient is advised that he may submit his appeal at the Director's Level for review.

_____
JEFFREY J. WANG, M.D.
Chief Medical Officer (A)
California State Prison – Corcoran

12|4|08
Date

_____
CHERYL SCHUTT, SRN III
Health Care Manager (A)
California State Prison – Corcoran

12/4/08
Date

RECEIVED
OTLA-HC
DEC 1 2008
HC APPEALS

California State Prison - Corcoran

 *California Department of Corrections and Rehabilitation*

# M·E·M·O·R·A·N·D·U·M

Inmate Appeals Office
Extension 5656



Date:

To:    Inmate HANEY_____, CDC# T-95473_____

Housing 3A02 - 107L

Subject:   **CDC 602 HC/ INMATE/PAROLEE APPEAL**

The purpose of this memorandum is to inform you the Appeals Office has reviewed your appeal
dated 10-2-08_____ regarding Medical_____. It has been determined the appeal
does not meet the criteria for emergency processing pursuant to the California Code of Regulations
(CCR), Title 15 Section 3084.7.

☑ The appeal has been accepted for processing on a non-emergency basis and has been forwarded
to the appropriate staff for response.

☐ The appeal has not been accepted as the appeal has been screened out.  See the attached CDC
695.

*C.Schutt, HCM(A)*
C.Schutt HCM(A)
Corcoran State Prison-Corcoran

| **PERMANENT APPEAL ATTACHMENT—DO NOT REMOVE** |
| --- |


RECEIVED
OTLA-HC
DEC 1 2008
HC APPEALS

# EFFECTIVE COMMUNICATION DETERMINATION FOR FORMAL LEVEL
## CDC 602 INMATE/PAROLEE APPEAL

Inmate __Haney__   CDC# __T95973__   Appeal Log# __COR-09-08-16979__

[X] Test of Adult Basic Education (TABE) <u>above</u> 4.0 (provide RGPL __9.4__ / verify source if other than RGPL_____ )

[ ] Test of Adult Basic Education (TABE) <u>below</u> 4.0 (provide RGPL _____)

[ ] Learning Disability (LD)

[ ] Non-English speaking

<u>* All first level responses must indicate whether inmate does or does not require effective communication. If RGPL is 4.0 or below, first level responder must also identify how Effective Communication was established within response.</u>

Staff Signature _____    Title __OT(T)__    Date __10-15-08__

Print Name __R. Madruga__



PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE