NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE P. HANEY, | ) | No. C 09-04938 JW (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| ROUCH, et al., | ) | |
| Defendants. | ) | (Docket No. 2) |

Plaintiff, a prisoner at Corcoran State Prison in Corcoran, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in Kings County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b). In light of this transfer, this Court will defer to the Eastern District for a ruling on the motion for leave to proceed in forma pauperis. (Docket No. 2.)

The clerk shall transfer this matter and terminate all pending motions as moot.

DATED: March 1, 2010

*James Ware*
JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRUCE P. HANEY,

        Plaintiff,

  v.

ROUCH, et al.,

        Defendants.

Case Number: CV09-04938 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/8/210, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce P. Haney T-95973
Corcoran State Prison
4001 King Avenue
P. O. Box 8800
Corcoran, CA 93212

Dated: 3/8/2010

                              Richard W. Wieking, Clerk
                            /s/ By: Elizabeth Garcia, Deputy Clerk