UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY,<br><br>           Plaintiff,<br>    v.<br><br>ROUCH, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:10-cv-00457-LJO-GBC (PC)<br><br>ORDER DISMISSING CLAIMS FOUND TO BE NOT COGNIZABLE, AND DEFENDANT ASSOCIATED WITH SUCH CLAIMS |

**ORDER**

    Bruce Patrick Haney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on October 16, 2009.  (ECF No. 1.)  Then, on January 20, 2011, Plaintiff filed a First Amended Complaint.  (ECF No. 13.)  Pursuant to 28 U.S.C. § 1915A, the Court screened the First Amended Complaint on February 18, 2011, and found that Plaintiff only stated cognizable claims against Defendants Rouch and Moon for retaliation under the First Amendment.  (ECF No. 14.)  The Court ordered Plaintiff to either cure the deficiencies highlighted in First Amended Complaint through another amendment or notify the Court of his willingness to proceed on the cognizable claims.  (Id.)  On March 17, 2011, Plaintiff gave notice of his willingness to proceed on the cognizable retaliation claims against Defendants Rouch and Moon.  (ECF No. 15.)

    For the reasons stated above, it is HEREBY ORDERED that:

    1.    Action to proceed on Plaintiff's First Amendment Retaliation Claim against

        Defendants Rouch and Moon;

2.     All claims, other than the First Amendment Retaliation Claim against Defendants Rouch and Moon, are DISMISSED; and

3.     Defendant Schutt is DISMISSED.

IT IS SO ORDERED.

**Dated:**   May 13, 2011             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE