# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY, | CASE NO. 1:10-cv-00457-LJO-GBC (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION TO COMPEL AND FINDING MOTION TO COMPEL WITHDRAWN |
| v. | |
| ROUCH, et al., | |
| Defendants. | Docs. 26 & 27 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 17, 2011, Plaintiff filed a motion to compel. Doc. 26. On November 30, 2011, Plaintiff filed a motion to withdraw his motion to compel because Plaintiff received a response to his discovery requests from Defendants. Doc. 27.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to withdraw motion to compel is GRANTED; and

2. The Court finds Plaintiff's motion to compel is WITHDRAWN.

IT IS SO ORDERED.

Dated: December 7, 2011

UNITED STATES MAGISTRATE JUDGE